UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: CAHILL, GOETSCH & MAURER, P.C. - 1296

JOSEPH H SIMMONS

Index #: 08 CIV 7087

Plaintiff(s)

- against -

Date Filed:

DANIELI CORPORATION

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 19, 2008 at 09:20 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY12210

deponent served the within true copy of the SUMMONS & COMPLAINT on DANIELI CORPORATION, the defendant/respondent therein named,

**SECRETARY OF STATE**   A Foreign Corporation by delivering thereat one true copy to CAROL VOGT personally, deponent knew said corporation so served to be the corporation described in said summons as said  defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 307 of the Business Corporation Law and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 50 | 5'3 | 135 |

WEARS GLASSES

Sworn to me on:  August 19, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

STEVEN C. AVERY

Docket #: 581467

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.53 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.43 |

Postmark Here  8/13/08

*Sent To* Simmons
Danieli Corp

*Street, Apt. No.; or PO Box No.* 800 Cranberry Woods Dr

*City, State, ZIP+4* Cranberry PA 16066

7008 0150 0002 0074 9155

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Danieli Corporation
800 Cranberry Woods Dr.
Cranberry, PA. 16066

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by ( Printed Name) | C. Date of Delivery
Joelle UDonle | 8-14-08

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.  Simmons

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7008 0150 0002 0074 9155

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## AFFIDAVIT OF PATTY EDDINS

STATE OF NEW YORK          )
                           ) SS.:
COUNTY OF WESTCHESTER)

    PATTY EDDINS, being duly sworn, deposes and says, that:

1. I reside at 516 Clapp Hill Road, Lagrangeville, NY  12540.

2. On August 13, 2008, pursuant to §607 of the Business Corporation Law, of the

State of New York, I, served a true copy of the Summons and Complaint, together with

Waiver of Service, a copy of the Individual Practice Rules of Judge Kenneth M. Karas, and rules

and instructions for electronic case filing by mailing the aforesaid documents by certified mail,

return receipt requested, with a return envelope, postage prepaid, addressed to Cahill, Goetsch

and Maurer, P.C., 1025 Westchester Avenue, Ste. 106, White Plains, NY  10604 upon:

Danieli Corporation
800 Cranberry Woods Drive
Cranberry, PA  16066

3. Annexed hereto is defendant, Danieli Corporation's signed receipt by Certified Mail of

Summons and Complaint, indicating date of service as 8/14/08.

4. Pursuant to §607 of the Business Corporation Law of the State of New York, a copy of the

Summons and Complaint along with the statutory fee was also served upon the New York

Secretary of State.  Annexed hereto is the Affidavit of Service of the Summons and Complaint,

indicating the date of service as 8/19/08.

                                      _Patty Eddins_
                                          Patty Eddins

Sworn to before me on August 26, 2008

_Geraldine Bruno_
           Notary Public

Geraldine Bruno
Notary Public State Of NY
Commission #01BR6130912
Exp 7/25/09